UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FRANCINE ZYSK,

    Plaintiff,

v

THERESA M. BRENNAN, in her individual and official capacities,
MIRIAM CAVANAUGH, in her individual and official capacities,

    Defendants.

Case No. 3:18-cv-10639
Hon. Robert H. Cleland
Mag. Judge Stephanie Dawkins Davis

| | |
|---|---|
| James K. Fett (P39461)<br>FETT & FIELDS, P.C.<br>805 E. Main<br>Pinckney, MI  48169<br>734-954-0100<br>734-954-0762-fax<br>jim@fettlaw.com<br>Attorneys for Plaintiff | T. Joseph Seward (P35095)<br>SEWARD HENDERSON, PLLC<br>210 E 3rd St Ste 212<br>Royal Oak MI 48067<br>248-733-3580<br>248-733-3633-fax<br>jseward@SewardHenderson.com<br>Attorneys for Defendant Theresa M. Brennan |
| | Thomas L. Fleury<br>KELLER THOMA, P.C.<br>26555 Evergreen Rd Ste 1240<br>Southfield MI 48076-4251<br>313-965-7610/313-965-4480-fax<br>tlf@kellerthoma.com<br>Attorneys for Defendant Miriam Cavanaugh |

# Motion for Discovery

Plaintiff, through counsel, moves the Court to grant discovery as follows:

1.    The Court's practice guidelines state:

      i.    **Early discovery:** The Court expects the parties to conduct early discovery by agreement although Rule 26(b) does not authorize court sanctioned discovery prior to the initial attorney's conference.

2. The attorney's conference has not been held because there is a pending motion to dismiss.

3. Plaintiff served Subpoenas on third parties for documents and Defendant objected

4. Plaintiff withdrew the subpoenas but sought Defendant's concurrence in this motion; Defendant declined.

5. Since the Court's practice guideline indicates that the Court expects the parties to conduct early discovery, Plaintiff brings this motion.

6. Plaintiff requests that the Court rule on this motion without oral argument by entering an order allowing the parties to begin discovery.

    Respectfully submitted,

    */s/ James K. Fett*
    By:  James K. Fett (P39461)
    Fett & Fields, P.C.
    805 E. Main St.
    Pinckney, MI  48169
    734-954-0100
    jim@fettlaw.com

Dated: September 11, 2018    Attorneys for Plaintiff

## Affidavit of Mailing

I hereby certify that on September 11, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: **T. Joseph Seward**.

    */s/ James K. Fett*
    James K. Fett (P39461)
    Fett & Fields, P.C.
    805 E. Main St.
    Pinckney, MI  48169
    734-954-0100
    jim@fettlaw.com