UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

FRANCINE ZYSK,

        Plaintiff,

v.                            Case No. 18-10639

THERESA M. BRENNAN, in her
individual and official capacities,

        Defendant.
_____/

**ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY**

    Plaintiff Francine Zysk filed a complaint against Defendant Theresa Brennan, in her individual and official capacities, alleging First Amendment retaliation in violation of 42 U.S.C. § 1983 and defamation. (Dkt. #1). Defendant Brennan filed a motion to strike parts of the complaint (Dkt. # 7) and a motion to dismiss the case (Dkt. #18), which are pending before the court. Plaintiff subsequently filed a motion for discovery (Dkt. # 17).

    In the interest of judicial and litigant economy, the court will deny Plaintiff's motion for discovery pending the resolution of the motion to dismiss (Dkt. # 7).

    Accordingly,

    IT IS ORDERED that Plaintiff's motion for discovery (Dkt. # 17) is DENIED.


                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  October 5, 2018

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 5, 2018, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522
